1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NINA N. CHASTAIN,                              )        No. 06-cv-2769-BTM (LSP)
                                               )
                      Petitioner,              )
                                               )
       v.                                      )        ORDER ON JOINT MOTION
                                               )
UNITED STATES OF AMERICA, et al.,              )
                                               )
                      Respondents.             )
_____)

       The provisions set forth in the Joint Motion to Remand filed by the parties in
this case are approved and so ordered.  This case is hereby remanded to U.S.
Citizenship and Immigration Services for adjudication of the naturalization
application.  Petitioner has leave to amend her Complaint within sixty days of this
Order.

       **It is so ordered.**

DATED:  June 19, 2007

                                        _____
                                        Hon. Barry Ted Moskowitz
                                        United States District Judge